UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ronald C. Grumbkow
32 Steeplechase Drive
Doylestown Hunt Estates
Doylestown, Pennsylvania. 18901.
Tel# 215-230-9179

PLAINTIFF

CIVIL ACTION NO.

V.

George W. Bush, President
The White House
1600 Pennsylvania Avenue
Washington, D.C. 20500
&
David L. Westin, President
ABC News
1717 DeSales Street, N.W.
Washington, D.C. 20036
&
John Clark, President
NABET-CWA
501 3rd Street, N.W.
Washington, D.C. 20001
DEFENDANTS

CASE NUMBER 1:06CV01013

JUDGE: Richard W. Roberts

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 5/30/2006


JURY ACTION

## COMPLAINT

On a continuing basis the defendants have engaged in tactics of coercion, collusion and clandestine maneuvers for the purpose of denying the plaintiff all constitutional, contractual and civil rights. These tactics have been utilized because the plaintiff uncovered corporate fraud within the confines of the ABC Network which escalated into The Walt Disney Company and a subsequent coverup because of the involvement of high level authorities within the corporate and union sectors of the company. They then either individually and or collectively utilized the services of controlled associates, advisors and accessories to systematically shut down my finances, first through denial of all employment opportunities and past due renumeration and then using their influence to deny me access to monetary assistance at various banks, most notably but not limited to the following list through subversive acts of crossboarding, the practice of the board of

one company illegally helping the board member of another.

1. Citigroup.

2. Greenpoint Bank and its successors.

3. Dime Savings Bank and its successors.

4. Farmers and Merchants Bank and its successors.

5. Allfirst Bank and its successors.

In addition it will be proven through the submission of briefs at the appropriate time that in addition to the crossboarding the existance of high level connections with past, present and future public officials, produced tactics that included acts of incitement, inducement, influence, infringement and intimidation were used on a as necessary basis, resulting in the plaintiff being denied due process pf law at the Federal, State, County and Municipal level within the States of New York, Pennsylvania and Virginia. Within the brief it will further proven that these tactics of protection for abusers of authority through political preponderence, corporate commandeering and union uglfiers. This comparatively small group of abusers have and are through the huge organizations they represent physically, phychologically and physiologically assaulted my Family because of the unique rationale, racial, righteous and religious fabric found therein. Plaintiff hereby seeks as a remedy, a trial by jury and the sum of One Billion Dollars ($1,-000,000,000,000.00) for compensatory and punitive damages caused by the actions of the defendants. Plaintiff additionally seeks a judicial decree that orders the broadcasting of my plight on all government supervised and licensed television stations so as to illustrate to all viewers the damage a small group of un-American authoritarians can do to a Great Country and a Great Family.

SIGNED *Ronald Curtiss Grumbkow*
Ronald Curtiss Grumbkow
32 Steeplechase Drive
Doylestown Hunt Estates
Doylestown, Pennsylvania.
18901.