UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**RONALD C. GRUMBKOW**,             )
                                   )
      **Plaintiff**,                 )
                                   )
v.                                 )   Civil Action No. 06-1013 (RWR)
                                   )
**GEORGE W. BUSH et al.**,          )
                                   )
      **Defendant**.                 )
_____)

### ORDER TO SHOW CAUSE

    Plaintiff Ronald C. Grumbkow, proceeding pro se, has filed a complaint. Complaints filed by pro se litigants are held to less stringent standards than are formal pleadings drafted by lawyers. See Haines v. Kerner, 404 U.S. 519, 520 (1972). Nonetheless, pro se plaintiffs must comply with the Federal Rules of Civil Procedure. Jarrell v. Tisch, 656 F. Supp. 237, 239 (D.D.C. 1987).

    Rule 8 of the Federal Rules of Civil Procedure states the minimum requirements for complaints. Rule 8(a) requires that a complaint contain a short and plain statement of the grounds upon which federal jurisdiction rests, a short and plain statement showing that the plaintiff is entitled to relief, and a demand for judgment for the relief sought. Fed. R. Civ. P. 8(a). The minimum requirements Rule 8 imposes are designed to provide defendants with sufficient notice of the claim or claims being asserted in order to allow defendants to prepare a responsive

- 2 -

answer and an adequate defense, and to determine whether the doctrine of res judicata applies. Brown v. Califano, 75 F.R.D. 497, 498 (D.D.C. 1977). Further, compliance with Rule 8(a)'s requirements should provide a court with sufficient information to determine whether it has jurisdiction over the claims.

As drafted, the complaint does not make clear what claims plaintiff is pursuing against which defendants on what grounds, and it does not provide sufficient notice to the defendants of the claims so that they may prepare a proper defense. In addition, the complaint does not provide sufficient information to determine that jurisdiction exists to hear any of the claims plaintiff intends. Accordingly, it is hereby

ORDERED that on or before July 31, 2006, plaintiff shall file an amended complaint that complies with the requirements of Rule 8, or show cause in writing why this complaint should not be dismissed for failure to comply with Rule 8.

SIGNED this 23rd day of June, 2006.

                                                 /s/
                                        RICHARD W. ROBERTS
                                        United States District Judge