UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ronald C. Grumbkow
32 Steeplechase Drive
Doylestown Hunt Estates
Doylestown, Pennsylvania.
Tel# 215 230-9179   18901.

**RECEIVED**

JUL 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF

V.

CIVIL ACTION No.

George W. Bush, President
The White House
1600 Pennsylvania Avenue
Washington, D.C. 20500
&
David L. Westin, President
ABC News
1717 DeSales Street, N.W.
Washington, D.C. 20036
&
John Clark, President
NABET-CWA
501 3rd Street, N.W.
Washington, D.C. 20001

06-1013 (RWR)(D.D.C.)

DEFENDANTS

## AMENDED COMPLAINT

Defendant George W. Bush engaged in collusive, coercive and clandestine maneuvers beginning with his first of many trips to Philadelphia as candidate in August of 2000 and as president in May of this year. Following each visit various federal judicial actions involving the codefendants was either dismissed, disregarded or disallowed. In almost every instance someone received a promotion from each venue, which includes extremely notable judges and at least one cabinet member. These secret sanctions then spread to other federal judicial actions that were pending within New York as well as cascading down to numerous cases within the States of New York and Pennsylvania. I conclude that the defendant engaged in these practices to protect certain corporate and union affiliates that were instrumental in securing his first

and subsequent reelection to office, through the media protection programs developed by his predecessor. Those actions resulted in the denial of due process, right to counsel, illegal search and seizure, equal protection of the law, denial of petition to redress grievances and obstruction of justice against the plaintiff. Defendant David L. Westin engaged in coercive, collusive and clandestine maneuvers, by refusing to allow the airing of the now fully identified use of insurance, mail and tax fraud by the corporation as exposed by the plaintiff and the subsequent denial of all employment opportunities and due remuneration. All of the subjective and selective refusals to investigate and or air the story in ongoing fashion occured notwithstanding the status of plaintiff as a documented working press member of ABC News at the time of the initial acts of criminality. The defendant accepted all documentation without question and or response. These actions resulted in an abridging of the freedom of speech, and or of the press against the plaintiff.

Defendant John Clark engaged in coercive, collusive and clandestine maneuvers, by refusing to address the identification of fraudulent activities being directed against plaintiff which included the denial of previous arbitration awards, labor negotiation and contract manipulation to puposely and specifically eliminate only the plaintiff from coverage in an attempt to cover up the already exposed fraud in conjunction with a senior vice-president within the Disney-ABC corporate structure. These actions resulted in the designed and deliberate denial of civil and contractual rights to one employee within a nationally negotiated

contract and constitute a federal discriminatory action against the plaintiff.

Additionally all of these actions were initiated against the plaintiff by the defendants with prejudicial purpose.

1. The codefendant banks which all advertise on affiliates of ABC News parent company Disney were directed or persuaded to deny me any further credit while previous contract denials had put plaintiff in desperate need of such credit.
2. The defendants carried on and or escalated the damaging of my thirty year plus career at ABC News, which changed dramaticall downward following my marriage to an eurasian women of moslem descent, most notably after the first corporate merger in 1985
3. The defendants through the use of threatened political and or media reprisal have in effect denied plaintiff access to and subsequent representation by proper legal counsel.
4. The defendants through the use of political and duopoly party control denied the plaintiff and his family equal access to life, liberty and the pursuit of happiness.

In consideration of the documentable facts contained within this addendum to the original complaint clearly indicates that numerous violations of federal law, including labor racketeering harassment, obstruction of justice and criminal collusion have taken place and the plaintiff is entitled to relief and a demand for judgement for relief is hereby sought. In further consideration of the facts contained herein and in addition to the compensatory and punitive damages as well as the judicail decree stated within the attached primary complaint plaintiff requests

an order of protection and restraint against the named defendants and co-defendants to guard against further tactics of harassment legal or otherwise through the duration of this litigation.

Signed /s/ Ronald C. Grumbkow
Ronald C. Grumbkow

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ronald C. Grumbkow
32 Steeplechase Drive
Doylestown Hunt Estates
Doylestown, Pennsylvania. 18901.
Tel# 215-230-9179

PLAINTIFF

CIVIL ACTION NO.

V.

George W. Bush, President
The White House
1600 Pennsylvania Avenue
Washington, D.C. 20500
&
David L. Westin, President
ABC News
1717 DeSales Street, N.W.
Washington, D.C. 20036
&
John Clark, President
NABET-CWA
501 3rd Street, N.W.
Washington, D.C. 20001

DEFENDANTS

CASE NUMBER  1:06CV01013

JUDGE: Richard W. Roberts

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: ⬛/⬛/2006

COMPLAINT

On a continuing basis the defendants have engaged in tactics of coercion, collusion and clandestine maneuvers for the purpose of denying the plaintiff all constitutional, contractual and civil rights. These tactics have been utilized because the plaintiff uncovered corporate fraud within the confines of the ABC Network which escalated into The Walt Disney Company and a subsequent coverup because of the involvement of high level authorities within the corporate and union sectors of the company. They then either individually and or collectively utilized the services of controlled associates, advisors and accessories to systematically shut down my finances, first through denial of all employment opportunities and past due renumeration and then using their influence to deny me access to monetary assistance at various banks, most notably but not limited to the following list through subversive acts of crossboarding, the practice of the board of

one company illegally helping the board member of another.

1. Citigroup.
2. Greenpoint Bank and its successors.
3. Dime Savings Bank and its successors.
4. Farmers and Merchants Bank and its successors.
5. Allfirst Bank and its successors.

In addition it will be proven through the submission of briefs at the appropriate time that in addition to the crossboarding the existance of high level connections with past, present and future public officials, produced tactics that included acts of incitement, inducement, influence, infringement and intimidation were used on a as necessary basis, resulting in the plaintiff being denied due process pf law at the Federal, State, County and Municipal level within the States of New York, Pennsylvania and Virginia. Within the brief it will further proven that these tactics of protection for abusers of authority through political preponderence, corporate commandeering and union uglfiers. This comparatively small group of abusers have and are through the huge organizations they represent physically, phychologically and physiologically assaulted my Family because of the unique rationale, racial, righteous and religious fabric found therein. Plaintiff hereby seeks as a remedy, a trial by jury and the sum of One Billion Dollars ($1,-000,000,000,000.00) for compensatory and punitive damages caused by the actions of the defendants. Plaintiff additionally seeks a judicial decree that orders the broadcasting of my plight on all government supervised and licensed television stations so as to illustrate to all viewers the damage a small group of un-American authoritarians can do to a Great Country and a Great Family.

SIGNED *Ronald Curtiss Grumbkow*
Ronald Curtiss Grumbkow
32 Steeplechase Drive