```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                                      )
**RONALD C. GRUMBKOW,**                )
                                      )
    **Plaintiff,**                     )
                                      )
        v.                            )   Civil Action No. 06-1013 (RWR)
                                      )
**GEORGE W. BUSH <u>et al.</u>,**      )
                                      )
    **Defendants.**                    )
_____ )

<u>**ORDER**</u>

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the amended complaint be, and hereby is, DISMISSED. This is a final, appealable Order.

SIGNED this 14th day of November, 2006.

                                                      /s/
                                    RICHARD W. ROBERTS
                                    United States District Judge